UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN THE MATTER OF INDIANA ) <br> STATE MEDICAL ASSOCIATION ) <br> APPLICATION FOR DISCLOSURE ) <br> OF RECORDS PROTECTED UNDER ) <br> 42 U.S.C. 290dd-2 ) | CAUSE NO. 1:22-MC-00005-TWP-DLP |

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO INDIANA STATE MEDICAL ASSOCIATION'S APPLICATION FOR ORDER AUTHORIZING DISCLOSURE OF RECORDS <u>PROTECTED UNDER 42 U.S.C. 290dd-2</u>**

Respondent, Dr. John Doe, having moved the Court for an enlargement of time to respond to Indiana State Medical Association's ("ISMA") Application for Order Authorizing Disclosure of Records Protected Under 42 U.S.C. 290dd-2, and the Court, being duly advised, now finds the Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that Respondent shall file his response to Indiana State Medical Association's ("ISMA") Application for Order Authorizing Disclosure of Records Protected Under 42 U.S.C. 290dd-2 no later than February 15, 2022.

Date: 2/1/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

<u>Distribution</u>:

All counsel of record via operation of the Court's electronic filing system.